Alan Stuart Graf, OSB # 92317
alangraf@aracnet.com
208 Pine St
Floyd, VA 24091
Telephone: 540-745-2519
Fax: 931-964-3127
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**DAVID DAVIS**  6:14-CV-01910-SI

    Plaintiff,

    v.  ORDER FOR EAJA ATTORNEY FEES

**Commissioner of Social Security**,

    Defendant.

_____

    Based upon the stipulation of the parties, it is hereby ORDERED that Plaintiff is awarded attorney fees in the amount of $5,971.17. Subject to any offset allowed under the Treasury Offset Program, as discussed in <u>Astrue v. Ratliff</u>, 139 S. Ct. 2521 (2010), payment of this award shall be made payable to Plaintiff's attorney:

Alan Stuart Graf, PC, 208 Pine St., Floyd VA 24091.

    It is so ORDERED

    Dated this  5th, day of February, 2016

                                                      /s/Michael H. Simon
                                                      United States District Judge

Prepared as to form

/s/ Alan Graf
Attorney for Plaintiff

ORDER FOR EAJA FEES-1